**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Teresa M.,

Plaintiff,

v.

Leland Dudek, *Acting Commissioner of Social Security*,

Defendant.

Civ. No. 24-3939 (JWB/DJF)

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on August 11, 2026. (Doc. No. 32.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 11, 2026 Report and Recommendation (Doc. No. 32) is **ACCEPTED**.

2. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 24) is **GRANTED**.

3. Plaintiff's counsel is awarded $9,699.50, reduced by the original EAJA fee award of $8,000.00 (*see* Doc. No. 23), for a net total fee of $1,699.50, to be paid from

Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b).

Date: September 25, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge